STATE OF NEW JERSEY v. JIMMIE GRAY.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES LEE SMITH.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM B. EBRON

May 4, 1971. Petition and Cross Petition for certification granted. (See 113 *N. J. Super.* 152).

STATE OF NEW JERSEY v. JOHN WESLEY KIRKLAND.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. FLOYD CLARY.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HORTON.

May 4, 1971. Petition for certification denied.